## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN (Detroit)

In re:  
Mark J. Zayti  
        Debtor.  
_____/

Chapter 13 No. 16-54802-mbm

Hon. Marci B. McIvor

### RESPONSE TO AMENDED DEBTOR'S MOTION TO DETERMINE THE AMOUNT OF A SECURED CLAIM UNDER RULE 3012

NOW COMES Creditor, Wells Fargo Bank, N.A., by and through its attorneys, Trott Law, P.C., and hereby responds to Amended Debtor's Motion to Determine the Amount of a Secured Claim Under Rule 3012, with respect to the property located at 21321 Beck Rd, Northville, MI 48167-3319 as follows:

1. Admitted.

2. Creditor neither admits nor denies the allegations in paragraph 2, as the proof of claim speaks for itself.

3. Admitted that Wells Fargo Bank, N.A. filed a secured proof of claim (Claim #5) on December 15, 2016, which listed a total debt of $408,796.79 and an arrearage of $36,242.06.

4. Creditor neither admits nor denies the allegations in paragraph 4, as the Debtor's schedule A speaks for itself.

5. Admitted.

6. Admitted.

7. Creditor neither admits nor denies the allegations in paragraph 7, and leaves the Debtor to his proofs.

8. Creditor neither admits nor denies the allegations in paragraph 8, and leaves the Debtor to his proofs.

9. Admitted.

TROTT LAW, P.C.  
31440 NORTHWESTERN  
HIGHWAY, SUITE 145  
FARMINGTON HILLS, MI  
48334-5422  
PHONE 248.642.2515  
FACSIMILE 248.642.3628

10. Creditor neither admits nor denies the allegations in paragraph 10, and leaves the Debtor to his proofs.

11. Creditor neither admits nor denies the allegations in paragraph 11. Creditor is reviewing its records.

12. Creditor neither admits nor denies the allegations in paragraph 12. Creditor is reviewing its records.

13. Creditor neither admits nor denies the allegations in paragraph 13, and leaves the Debtor to his proofs.

WHEREFORE, Creditor requests that this Honorable Court deny the Debtor's Motion, and Order any other relief this Court deems just and equitable.

Respectfully Submitted,
Trott Law, P.C.

Dated: 2/1/19

/S/ Rose Merithew (P73319)
Attorney for Wells Fargo Bank, N.A.
31440 Northwestern Hwy Ste. 145
Farmington Hills, MI 48334-5422
248.642.2515
Email: EasternECF@trottlaw.com

TROTT LAW, P.C.
31440 NORTHWESTERN HIGHWAY, SUITE 145
FARMINGTON HILLS, MI 48334-5422
PHONE 248.642.2515
FACSIMILE 248.642.3628