# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN (Detroit)

In re:  
Mark J. Zayti  
          Debtor.  
_____/

Chapter 13 No. 16-54802-mbm

Hon. Marci B. McIvor

## STIPULATION FOR ENTRY OF ORDER ADJOURNING HEARING ON CREDITOR'S RESPONSE TO AMENDED MOTION TO DETERMINE AMOUNT OF SECURED CLAIM UNDER RULE 3012

NOW COMES, Wells Fargo Bank, N.A., by and through its attorneys Trott Law, P.C., along with Debtor Attorney, Jared Loyal Haddock, and the Chapter 13 Trustee David Wm Ruskin, and the parties hereby stipulate and agree to adjourn the hearing on Creditor's Response to Amended Motion to Determine Amount of Secured Claim Under Rule 3012, scheduled for February 21, 2019 at 9:00 a.m.

IT IS HEREBY STIPULATED that the hearing on Creditor's Response to Amended Motion to Determine Amount of Secured Claim Under Rule 3012, will be brought before the Honorable Marci B. McIvor in his/her Courtroom located at 211 W Fort St, Detroit, MI 48226, on March 21, 2019 at 9:00 a.m.

Jared Loyal Haddock (P69802 )  
Attorney for Debtor  
Law Offices of J. L. Haddock, PLLC  
29240 Buckingham  
Livonia, MI 48154  
734-427-7000  
jared@jlhaddock.com

/S/ Rose Merithew (P73319)  
Attorney for Wells Fargo Bank, N.A.  
31440 Northwestern Hwy Ste. 145  
Farmington Hills, MI 48334-5422  
248.642.2515  
Email: EasternECF@trottlaw.com

David Wm Ruskin  
Chapter 13 Trustee  
26555 Evergreen Rd Ste 1100  
Southfield, MI 48076-4251  
(248) 352-7755

TROTT LAW, P.C.  
31440 NORTHWESTERN HWY  
STE. 145  
FARMINGTON HILLS, MI  
48334-5422  
PHONE 248.642.2515  
FACSIMILE 248.642.3628