# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN (Detroit)

In re:  
Mark J. Zayti  
         Debtor.

Chapter 13 No. 16-54802-mbm

Hon. Marci B. McIvor

_____/

### STIPULATION FOR ENTRY OF ORDER ADJOURNING HEARING AMENDED DEBTOR'S MOTION TO DETERMINE THE AMOUNT OF A SECURED CLAIM UNDER RULE 3012

NOW COMES, Wells Fargo Bank, N.A., by and through its attorneys Trott Law, P.C., along with Debtor Attorney, Jared Loyal Haddock, and the parties hereby stipulate and agree to adjourn the hearing on AMENDED DEBTOR'S MOTION TO DETERMINE THE AMOUNT OF A SECURED CLAIM UNDER RULE 3012, scheduled for March 21, 2019 at 9:00 a.m.

IT IS HEREBY STIPULATED that the hearing on AMENDED DEBTOR'S MOTION TO DETERMINE THE AMOUNT OF A SECURED CLAIM UNDER RULE 3012, will be brought before the Honorable Marci B. McIvor in Courtroom located at 211 W Fort St, Detroit, MI 48226, on April 18, 2019 at 9:00 a.m.

Jared Loyal Haddock (P69802)  
Attorney for Debtor  
29240 Buckingham  
Livonia, MI 48154  
734-427-7000  
jared@jlhaddock.com

/S/ Heather Burnard (P66321)  
Attorney for Wells Fargo Bank, N.A.  
31440 Northwestern Hwy Ste. 145  
Farmington Hills, MI 48334-5422  
248.642.2515  
Email: EasternECF@trottlaw.com

David Wm Ruskin  
Chapter 13 Trustee  
26555 Evergreen Rd Ste 1100  
Southfield, MI 48076-4251  
(248) 352-7755

TROTT LAW, P.C.  
31440 NORTHWESTERN HWY  
STE. 145  
FARMINGTON HILLS, MI 48334-5422  
PHONE 248.642.2515  
FACSIMILE 248.642.3628