Form B20A (Official Form 20A)
12/1/16

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT**

IN RE:
MARK J ZAYTI,

                DEBTOR.

CHAPTER 13
CASE NO. 16-54802-MBM
JUDGE MARCI B. MCIVOR

AKA or DBA (if any):

Address(es):
21321 Beck Rd.
Northville, MI 48167-0000

Social Security Number(s):
XXX-XX-    XXX-XX-

Employer's Tax Identification (EIN) No(s). (if any):
_____/

**NOTICE OF TRUSTEE'S MOTION TO TERMINATE ORDER EXCUSING ENTRY OF THIRD PARTY PAYMENT ORDER AND ORDER TO DEBTOR TO REMIT PAYMENTS TO CHAPTER 13 TRUSTEE BY ELECTRONIC TRANSFER OF FUNDS**

      The Chapter 13 Trustee has filed papers with the Court to Terminate The Order Excusing Entry Of Third Party Payment Order And Order To Debtor To Remit Payments To Chapter 13 Trustee By Electronic Transfer Of Funds.
      **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult with one.)**
      If you do not want the Court to Terminate The Order Excusing Entry Of Third Party Payment Order And Order To Debtor To Remit Payments To Chapter 13 Trustee By Electronic Transfer Of Funds, or if you want the Court to consider your views on the Trustee's Motion, within 14 days, you or your attorney must:

1.     File with the Court a written response or an answer, explaining your position at:*

           United States Bankruptcy Court
           211 W. Fort Street, Suite 2100
           Detroit, MI 48226

      If you mail your response to the Court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically. You must also mail a copy to:

           OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
           *ATTN: MOTION DEPARTMENT*
           1100 Travelers Tower
           26555 Evergreen Road
           Southfield, MI 48076-4251

2.     If a response or answer is timely filed and served, the clerk will schedule a hearing on the Motion and you will be served with a notice of the date, time and location of the hearing.

      **If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an Order granting that relief.**

           OFFICE OF DAVID WM. RUSKIN,
           STANDING CHAPTER 13 TRUSTEE

Dated: May 20, 2019            By: ____/s/ Lisa K. Mullen____
           LISA K. MULLEN (P55478)
           THOMAS D. DECARLO (P65330)
           Attorneys for Chapter 13 Trustee, David Wm. Ruskin
           1100 Travelers Tower
           26555 Evergreen Road
           Southfield, MI 48076-4251
           Telephone (248) 352-7755

           EXHIBIT 2

*Response or answer must comply with F.R.CIV.P. 8(b), (c) and (e)