UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

   Mark J Zayti                                        Chapter 13
                                                       Case No. 16-54802
                                                       Judge Marci B. McIvor
                              Debtor
_____/

**<u>STIPULATION TO WITHDRAW AMENDED MOTION TO DETERMINE THE AMOUNT OF A SECURED CLAIM AND CREDITOR'S REPONSE TO SAME</u>**

    The parties hereby stipulate and agree to the Withdrawal of the Debtor's Amended Motion to Determine the Amount of a Secured Claim (Doc 92) and Creditor's Response to same (Doc 94).

| /s/ David W. Ruskin | /s/ Jared L. Haddock | /s/ Heather Burnard |
|---|---|---|
| David W. Ruskin (P46154) | Jared L. Haddock (P69802) | Heather Burnard (P66321) |
| Chapter 13 Standing Trustee | Attorney for the Debtor | Attorney for Wells Fargo Bank, N.A. |
| Chapter 13 Trustee | Law Offices of J. L. Haddock, PLLC | Trott Law, P.C. |
| 26555 Evergreen | 29240 Buckingham, Suite 8C | 31440 Northwestern Hwy Ste. 145 |
| Suite 1100 | Livonia, MI 48154 | Farmington Hills, MI 48334-5422 |
| Southfield, MI 48076 | (734) 427-7000 | 248.642.2515 |
| | Jared@JLHaddock.com | Email: EasternECF@trottlaw.com |